pany of New York. No opinion. Motion granted, and question certified, as stated in order. Order filed. See, also, 140 App. Div. 557, 125 N. Y. Supp. 374.

HELMS, Respondent, v. BREROHA PAPER BOX CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 11, 1911.) Action by William Helms, by guardian, etc., against the Breroha Paper Box Company. No opinion. Judgment and order affirmed, with costs.

HICKIN, Appellant, v. JOHNSON, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by William H. Hickin against John E. Johnson, as executor, etc., of John P. Johnson, deceased.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

THOMAS and RICH, JJ., dissent.

HILL v. WEISENBERGER. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by Anna Hill against Katie Weisenberger, as executrix, etc. No opinion. On appellant giving a bond to secure payment of costs on appeal, the application for a stay will be granted. Settle order on notice. See, also, 136 App. Div. 939, 121 N. Y. Supp. 1135; infra.

HILL, Respondent, v. WEISENBERGER, Appellant. (Supreme Court, Appellate Division, First Department. January 20, 1911.) Action by Anna Hill against Katie Weisenberger. G. E. Joseph, for appellant. C. Caldwell, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, supra.

HILZ, Respondent, v. BAKER, SMITH & CO., Appellants. (Supreme Court, Appellate Division, First Department. December 23, 1910.) Action by Mary Hilz, as administratrix, etc., against Baker, Smith & Co. C. A. Brodek, for appellants. F. X. Sullivan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HOARD, Respondent, v. KELLY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 7, 1910.) Action by Elizabeth Hoard against Charles N. Kelly and others. No opinion. Motion for reargument denied, with $10 costs. See, also, 125 N. Y. Supp. 1124.

HODGE, Respondent, v. WATTS, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 7, 1910.) Action by Henry W. Hodge against Eldred Watts. No opinion. Motion granted, and appeal dismissed, with costs, including $10 costs of this motion.

HOWE et al., Respondents, v. THOMAS E. CUSHING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 30, 1910.) Action by J. Henry Howe and another against the Thomas E. Cushing Company.

PER CURIAM. Defendant's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiff upon the verdict, with costs.

ROBSON, J., dissents.

INTERNATIONAL TEXT–BOOK CO., Appellant, v. CONNELLY, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 30, 1910.) Action by the International Text-Book Company against Edward Connelly. No opinion. Motion for leave to appeal to Court of Appeals granted. See, also, 125 N. Y. Supp. 1125.

In re JACKSON STEINWAY CO. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) In the matter of the application of the Jackson Steinway Company, for a peremptory writ of mandamus, etc., for opening Fourteenth avenue, etc.

PER CURIAM. Order affirmed, with $10 costs and disbursements, upon the authority of Matter of the Bankers' Investing Co. (Appellate Division, First Department, November, 1910) 126 N. Y. Supp. 241. We intend hereby to decide that the amount of the assessments, without interest, should be offset against the amount which was due for award on the date when the assessments became payable. If, in the proceedings to compel payment of the award, with interest, referred to in the petition herein, a greater amount has been allowed for interest than would be justly due under the principle above referred to, application may be made to the Special Term in those proceedings for a readjustment of the amount thereof.

JACOBS, Appellant, v. SIRE, Respondent. (Supreme Court, Appellate Division, First Department. December 2, 1910.) Action by Joseph W. Jacobs against Henry B. Sire. M. D. Steuer, for appellant. F. Bien, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed. See, also, 133 App. Div. 617, 118 N. Y. Supp. 274.

CLARKE and SCOTT, JJ., dissent.

JACOBSOHN, Respondent, v. M. SCHAFFER–FLAUM CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Lazar Jacobsohn against the M. Schaffer-Flaum Company and others. No opinion. Order affirmed, with $10 costs and disbursements.

JEFFERSON TRUST CO., Respondent, v. DIXON, Appellant, et al. (Supreme Court, Appellate Division, First Department. December 30, 1910.) Action by the Jefferson Trust Company against John T. Dixon, impleaded with others. J. C. Tomlinson, for appellant. L. S. Posner, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

DOWLING, J., dissents.